**UNITED SATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEANNINE SPINNER,

      **Plaintiff,**

**vs.**

      CASE NO.:

**CREDIT ONE BANK, N.A.,**

      **Defendant.**

_____/

## COMPLAINT

COMES NOW The Plaintiff, Jeannine Spinner, by and through the undersigned counsel, sues the Defendant Credit One Bank, N.A., (hereafter Credit One), and alleges:

**COUNT I.  VIOLATION OF THE TELEPHONE CONSUMER PROTECTION STATUTE**

1.    This is an action for damages more than $75,000.00, exclusive of interest, costs and attorney's fees.

2.    At all times material hereto, Defendant, Credit One is a National Bank, Credit One Bank, N.A., is held by Credit One Financial a Nevada corporation with head quarters in Las Vegas. Credit One is a U.S. based bank specializing in credit cards.

3.    Credit One is the fastest growing credit card issuer in the U.S. and has over seven million active credit card accounts

4.    The Plaintiff is a resident of Volusia County, Florida.

5.     The Telephone Consumer Protection Act (TCPA) 47 U.S.C 227, provides in pertinent part:

> (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.— (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
>
> …(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call

6.     The Plaintiff's Cellular/Mobile Phone number at all times material hereto was (386) 675-3748.

7.     Defendant used an automatic telephone dialing equipment to call the plaintiff's cellular telephone number on numerous occasions including but not limited to the following occasions:

|    | Caller          | Called From | Date & Time            |
|----|-----------------|-------------|------------------------|
| 1. | CREDIT ONE BANK | 8552135764  | 05/05/2014 03:05:13 PM |
| 2. | CREDIT ONE BANK | 8552135764  | 05/07/2014 12:22:52 PM |
| 3. | CREDIT ONE BANK | 8552135764  | 05/08/2014 08:44:23 AM |
| 4. | CREDIT ONE BANK | 8552135764  | 05/08/2014 12:43:19 PM |
| 5. | CREDIT ONE BANK | 8552135764  | 05/08/2014 08:27:11 PM |
| 6. | CREDIT ONE BANK | 8552135764  | 05/09/2014 08:36:34 AM |
| 7. | CREDIT ONE BANK | 8552135764  | 05/09/2014 09:53:38 AM |
| 8. | CREDIT ONE BANK | 8552135764  | 05/09/2014 11:30:41 AM |
| 9. | CREDIT ONE BANK | 8552135764  | 05/10/2014 09:36:22 AM |
| 10.| CREDIT ONE BANK | 8552135764  | 05/12/2014 10:01:51 AM |
| 11.| CREDIT ONE BANK | 8552135764  | 05/14/2014 09:43:59 AM |
| 12.| CREDIT ONE BANK | 8552135764  | 05/14/2014 12:43:47 PM |
| 13.| CREDIT ONE BANK | 8552135764  | 05/14/2014 08:00:30 PM |
| 14.| CREDIT ONE BANK | 8552135764  | 05/14/2014 09:22:52 PM |
| 15.| CREDIT ONE BANK | 8552135764  | 05/14/2014 09:26:49 PM |
| 16.| CREDIT ONE BANK | 8552135764  | 05/15/2014 08:59:41 AM |
| 17.| CREDIT ONE BANK | 8552135764  | 05/15/2014 08:23:27 PM |

| 18. | CREDIT ONE BANK | 8552135764 | 05/16/2014 11:19:15 AM |
| 19. | CREDIT ONE BANK | 8552135764 | 05/17/2014 12:21:12 PM |
| 20. | CREDIT ONE BANK | 8663722508 | 05/19/2014 08:52:19 AM |
| 21. | CREDIT ONE BANK | 8663722508 | 05/19/2014 01:19:37 PM |
| 22. | CREDIT ONE BANK | 8552135764 | 05/20/2014 09:53:06 AM |
| 23. | CREDIT ONE BANK | 8552135764 | 05/20/2014 01:00:29 PM |
| 24. | CREDIT ONE BANK | 8663722508 | 05/21/2014 08:35:13 AM |
| 25. | CREDIT ONE BANK | 8552135764 | 05/21/2014 10:22:13 AM |
| 26. | CREDIT ONE BANK | 8552135764 | 05/22/2014 09:31:59 AM |
| 27. | CREDIT ONE BANK | 8552135764 | 05/23/2014 09:09:01 AM |
| 28. | CREDIT ONE BANK | 8552135764 | 05/23/2014 11:10:38 AM |
| 29. | CREDIT ONE BANK | 3103610035 | 05/25/2014 12:41:59 PM |
| 30. | CREDIT ONE BANK | 3233952512 | 05/26/2014 09:03:35 AM |
| 31. | CREDIT ONE BANK | 3233952512 | 05/26/2014 09:45:23 AM |
| 32. | CREDIT ONE BANK | 4805880345 | 05/28/2014 08:46:16 AM |
| 33. | CREDIT ONE BANK | 4805880345 | 05/28/2014 10:47:24 AM |
| 34. | CREDIT ONE BANK | 4805880345 | 05/28/2014 11:54:25 AM |
| 35. | CREDIT ONE BANK | 3233952512 | 05/28/2014 02:49:22 PM |
| 36. | CREDIT ONE BANK | 3103610035 | 05/29/2014 05:11:46 PM |
| 37. | CREDIT ONE BANK | 3103610035 | 05/29/2014 07:12:46 PM |
| 38. | CREDIT ONE BANK | 7022242091 | 05/30/2014 09:08:56 AM |
| 39. | CREDIT ONE BANK | 7022242091 | 05/30/2014 10:35:32 AM |
| 40. | CREDIT ONE BANK | 7022242091 | 05/30/2014 11:51:04 AM |
| 41. | CREDIT ONE BANK | 4805880345 | 05/30/2014 01:39:36 PM |
| 42. | CREDIT ONE BANK | 4805880345 | 05/30/2014 03:20:16 PM |
| 43. | CREDIT ONE BANK | 3233952512 | 05/30/2014 04:25:43 PM |
| 44. | CREDIT ONE BANK | 4805880345 | 06/02/2014 05:55:35 PM |
| 45. | CREDIT ONE BANK | 7022242091 | 06/04/2014 04:00:43 PM |
| 46. | CREDIT ONE BANK | 7022242091 | 06/04/2014 05:16:10 PM |
| 47. | CREDIT ONE BANK | 7022242091 | 06/04/2014 07:53:01 PM |
| 48. | CREDIT ONE BANK | 3103610035 | 06/05/2014 07:25:08 AM |
| 49. | CREDIT ONE BANK | 3103610035 | 06/05/2014 08:34:39 AM |
| 50. | CREDIT ONE BANK | 3103610035 | 06/05/2014 10:13:46 AM |
| 51. | CREDIT ONE BANK | 3103610035 | 06/05/2014 11:22:37 AM |
| 52. | CREDIT ONE BANK | 2062092296 | 06/05/2014 05:47:02 PM |
| 53. | CREDIT ONE BANK | 3233952512 | 06/06/2014 07:21:21 AM |
| 54. | CREDIT ONE BANK | 3233952512 | 06/06/2014 08:33:08 AM |
| 55. | CREDIT ONE BANK | 3233952512 | 06/06/2014 11:39:26 AM |
| 56. | CREDIT ONE BANK | 4805880345 | 06/08/2014 09:20:34 AM |
| 57. | CREDIT ONE BANK | 4805880345 | 06/08/2014 11:52:17 AM |
| 58. | CREDIT ONE BANK | 3103610035 | 06/09/2014 05:39:29 PM |
| 59. | CREDIT ONE BANK | 7022242091 | 06/10/2014 07:13:17 AM |
| 60. | CREDIT ONE BANK | 7022242091 | 06/10/2014 08:37:41 AM |
| 61. | CREDIT ONE BANK | 7022242091 | 06/10/2014 09:44:23 AM |
| 62. | CREDIT ONE BANK | 7022242091 | 06/10/2014 10:39:30 AM |
| 63. | CREDIT ONE BANK | 7022242091 | 06/10/2014 12:51:39 PM |

| 64. | CREDIT ONE BANK | 4805880345 | 06/10/2014 02:23:38 PM |
| 65. | CREDIT ONE BANK | 4805880345 | 06/10/2014 04:08:05 PM |
| 66. | CREDIT ONE BANK | 3233952512 | 06/10/2014 05:26:26 PM |
| 67. | CREDIT ONE BANK | 3233952512 | 06/10/2014 07:31:16 PM |
| 68. | CREDIT ONE BANK | 2062092296 | 06/11/2014 07:23:23 AM |
| 69. | CREDIT ONE BANK | 2062092296 | 06/11/2014 08:49:29 AM |
| 70. | CREDIT ONE BANK | 2062092296 | 06/11/2014 10:49:31 AM |
| 71. | CREDIT ONE BANK | 2062092296 | 06/11/2014 11:45:18 AM |
| 72. | CREDIT ONE BANK | 7022242091 | 06/12/2014 07:21:03 AM |
| 73. | CREDIT ONE BANK | 7022242091 | 06/12/2014 08:34:00 AM |
| 74. | CREDIT ONE BANK | 7022242091 | 06/12/2014 09:49:07 AM |
| 75. | CREDIT ONE BANK | 7022242091 | 06/12/2014 10:49:59 AM |
| 76. | CREDIT ONE BANK | 4805880345 | 06/12/2014 01:20:23 PM |
| 77. | CREDIT ONE BANK | 4805880345 | 06/12/2014 04:28:02 PM |
| 78. | CREDIT ONE BANK | 4805880345 | 06/12/2014 06:01:32 PM |
| 79. | CREDIT ONE BANK | 4805880345 | 06/12/2014 07:38:33 PM |
| 80. | CREDIT ONE BANK | 2144464407 | 06/13/2014 08:44:29 AM |
| 81. | CREDIT ONE BANK | 2144464407 | 06/13/2014 09:49:19 AM |
| 82. | CREDIT ONE BANK | 2144464407 | 06/13/2014 10:38:28 AM |
| 83. | CREDIT ONE BANK | 3103610035 | 06/15/2014 10:34:14 AM |
| 84. | CREDIT ONE BANK | 3103610035 | 06/15/2014 12:37:54 PM |
| 85. | CREDIT ONE BANK | 3233952512 | 06/16/2014 08:35:14 AM |
| 86. | CREDIT ONE BANK | 2144464407 | 06/17/2014 06:05:50 PM |
| 87. | CREDIT ONE BANK | 4805880345 | 06/18/2014 08:13:44 AM |
| 88. | CREDIT ONE BANK | 4805880345 | 06/18/2014 09:37:25 AM |
| 89. | CREDIT ONE BANK | 4805880345 | 06/18/2014 10:36:19 AM |
| 90. | CREDIT ONE BANK | 4805880345 | 06/18/2014 11:29:45 AM |
| 91. | CREDIT ONE BANK | 7022242091 | 06/20/2014 07:55:42 AM |
| 92. | CREDIT ONE BANK | 7022242091 | 06/20/2014 08:55:05 AM |
| 93. | CREDIT ONE BANK | 7022242091 | 06/20/2014 10:25:19 AM |
| 94. | CREDIT ONE BANK | 7022242091 | 06/20/2014 11:26:34 AM |
| 95. | CREDIT ONE BANK | 7022242091 | 06/20/2014 01:58:01 PM |
| 96. | CREDIT ONE BANK | 7022242091 | 06/20/2014 03:31:14 PM |
| 97. | CREDIT ONE BANK | 7022242091 | 06/20/2014 05:35:25 PM |
| 98. | CREDIT ONE BANK | 2062092296 | 06/21/2014 09:46:14 AM |
| 99. | CREDIT ONE BANK | 2062092296 | 06/21/2014 10:59:40 AM |
| 100. | CREDIT ONE BANK | 2144464407 | 06/23/2014 11:01:14 AM |
| 101. | CREDIT ONE BANK | 2092471136 | 06/23/2014 11:25:07 AM |
| 102. | CREDIT ONE BANK | 2062092296 | 06/23/2014 03:32:54 PM |
| 103. | CREDIT ONE BANK | 2062092296 | 06/23/2014 04:32:09 PM |
| 104. | CREDIT ONE BANK | 2062092296 | 06/23/2014 05:33:41 PM |
| 105. | CREDIT ONE BANK | 2062092296 | 06/23/2014 06:34:09 PM |
| 106. | CREDIT ONE BANK | 2062092296 | 06/23/2014 07:36:11 PM |
| 107. | CREDIT ONE BANK | 7022242091 | 06/24/2014 06:24:27 PM |
| 108. | CREDIT ONE BANK | 3614005699 | 07/25/2014 11:15:10 AM |
| 109. | CREDIT ONE BANK | 2089060563 | 07/25/2014 05:03:30 PM |

| 110. | CREDIT ONE BANK | 2089060563 | 07/25/2014 05:59:22 PM |
|---|---|---|---|
| 111. | CREDIT ONE BANK | 2089060563 | 07/25/2014 06:52:29 PM |
| 112. | CREDIT ONE BANK | 2089060563 | 07/26/2014 02:58:23 PM |
| 113. | CREDIT ONE BANK | 2089060563 | 07/26/2014 03:58:02 PM |
| 114. | CREDIT ONE BANK | 2089060563 | 07/26/2014 06:31:55 PM |
| 115. | CREDIT ONE BANK | 4157040812 | 07/27/2014 01:12:01 PM |
| 116. | CREDIT ONE BANK | 2533308274 | 07/28/2014 03:53:16 PM |
| 117. | CREDIT ONE BANK | 2533308274 | 07/28/2014 05:04:09 PM |
| 118. | CREDIT ONE BANK | 2533308274 | 07/28/2014 06:01:30 PM |
| 119. | CREDIT ONE BANK | 2533308274 | 07/28/2014 07:00:15 PM |
| 120. | CREDIT ONE BANK | 2089060563 | 07/29/2014 09:11:08 AM |
| 121. | CREDIT ONE BANK | 4085316347 | 07/29/2014 11:04:15 AM |
| 122. | CREDIT ONE BANK | 3602529325 | 07/29/2014 04:49:01 PM |
| 123. | CREDIT ONE BANK | 3602529325 | 07/29/2014 05:48:38 PM |
| 124. | CREDIT ONE BANK | 2089060563 | 07/30/2014 08:57:22 AM |
| 125. | CREDIT ONE BANK | 3602529325 | 07/30/2014 01:04:56 PM |
| 126. | CREDIT ONE BANK | 3602529325 | 07/30/2014 04:15:27 PM |
| 127. | CREDIT ONE BANK | 3602529325 | 07/30/2014 06:35:01 PM |
| 128. | CREDIT ONE BANK | 3614005699 | 07/30/2014 07:43:33 PM |
| 129. | CREDIT ONE BANK | 2089060563 | 07/31/2014 07:42:31 AM |
| 130. | CREDIT ONE BANK | 2089060563 | 07/31/2014 09:22:43 AM |
| 131. | CREDIT ONE BANK | 2089060563 | 07/31/2014 11:51:50 AM |
| 132. | CREDIT ONE BANK | 4085316347 | 07/31/2014 02:21:05 PM |
| 133. | CREDIT ONE BANK | 4085316347 | 07/31/2014 03:29:37 PM |
| 134. | CREDIT ONE BANK | 4085316347 | 07/31/2014 05:18:34 PM |
| 135. | CREDIT ONE BANK | 4085316347 | 07/31/2014 06:52:26 PM |
| 136. | CREDIT ONE BANK | 4085316347 | 07/31/2014 07:41:57 PM |
| 137. | CREDIT ONE BANK | 4085316347 | 08/01/2014 07:02:05 AM |
| 138. | CREDIT ONE BANK | 5033341616 | 08/01/2014 11:34:49 AM |
| 139. | CREDIT ONE BANK | 2089060563 | 08/01/2014 12:46:50 PM |
| 140. | CREDIT ONE BANK | 2089060563 | 08/01/2014 02:33:44 PM |
| 141. | CREDIT ONE BANK | 2089060563 | 08/01/2014 04:07:38 PM |
| 142. | CREDIT ONE BANK | 4085316347 | 08/01/2014 04:50:29 PM |
| 143. | CREDIT ONE BANK | 4085316347 | 08/01/2014 07:08:10 PM |
| 144. | CREDIT ONE BANK | 2108923338 | 08/02/2014 09:28:13 AM |
| 145. | CREDIT ONE BANK | 2108923338 | 08/02/2014 11:02:46 AM |
| 146. | CREDIT ONE BANK | 4157040812 | 08/02/2014 01:31:15 PM |
| 147. | CREDIT ONE BANK | 4157040812 | 08/02/2014 03:29:50 PM |
| 148. | CREDIT ONE BANK | 4157040812 | 08/02/2014 05:09:48 PM |
| 149. | CREDIT ONE BANK | 4157040812 | 08/02/2014 07:11:39 PM |
| 150. | CREDIT ONE BANK | 2533308274 | 08/03/2014 01:58:06 PM |
| 151. | CREDIT ONE BANK | 5033341616 | 08/03/2014 06:25:11 PM |
| 152. | CREDIT ONE BANK | 4157040812 | 08/04/2014 08:49:49 AM |
| 153. | CREDIT ONE BANK | 2108923338 | 08/04/2014 09:59:39 AM |
| 154. | CREDIT ONE BANK | 3614005699 | 08/05/2014 07:33:52 AM |
| 155. | CREDIT ONE BANK | 3614005699 | 08/05/2014 09:01:32 AM |

| | | | |
|---|---|---|---|
| 156. | CREDIT ONE BANK | 2108923338 | 08/05/2014 11:04:32 AM |
| 157. | CREDIT ONE BANK | 2533308274 | 08/05/2014 12:48:59 PM |
| 158. | CREDIT ONE BANK | 2533308274 | 08/05/2014 01:49:26 PM |
| 159. | CREDIT ONE BANK | 2533308274 | 08/05/2014 03:18:49 PM |
| 160. | CREDIT ONE BANK | 2533308274 | 08/05/2014 04:19:39 PM |
| 161. | CREDIT ONE BANK | 2533308274 | 08/05/2014 04:59:58 PM |
| 162. | CREDIT ONE BANK | 2533308274 | 08/05/2014 06:38:52 PM |
| 163. | CREDIT ONE BANK | 4085316347 | 08/06/2014 07:28:03 AM |
| 164. | CREDIT ONE BANK | 4085316347 | 08/06/2014 08:52:28 AM |
| 165. | CREDIT ONE BANK | 4085316347 | 08/06/2014 10:01:06 AM |
| 166. | CREDIT ONE BANK | 4085316347 | 08/06/2014 11:25:53 AM |
| 167. | CREDIT ONE BANK | 2089060563 | 08/06/2014 03:47:26 PM |
| 168. | CREDIT ONE BANK | 2089060563 | 08/06/2014 04:50:03 PM |
| 169. | CREDIT ONE BANK | 2089060563 | 08/06/2014 06:34:16 PM |
| 170. | CREDIT ONE BANK | 4157040812 | 08/07/2014 08:23:08 AM |
| 171. | CREDIT ONE BANK | 4157040812 | 08/07/2014 10:39:29 AM |
| 172. | CREDIT ONE BANK | 2108923338 | 08/07/2014 02:34:43 PM |
| 173. | CREDIT ONE BANK | 2108923338 | 08/07/2014 03:46:47 PM |
| 174. | CREDIT ONE BANK | 2108923338 | 08/07/2014 05:25:51 PM |
| 175. | CREDIT ONE BANK | 2108923338 | 08/07/2014 06:46:35 PM |
| 176. | CREDIT ONE BANK | 5033341616 | 08/08/2014 07:55:38 AM |
| 177. | CREDIT ONE BANK | 5033341616 | 08/08/2014 09:56:29 AM |
| 178. | CREDIT ONE BANK | 5033341616 | 08/08/2014 11:47:20 AM |
| 179. | CREDIT ONE BANK | 2533308274 | 08/08/2014 01:56:36 PM |
| 180. | CREDIT ONE BANK | 2533308274 | 08/08/2014 05:44:18 PM |
| 181. | CREDIT ONE BANK | 2533308274 | 08/08/2014 06:55:54 PM |
| 182. | CREDIT ONE BANK | 2533308274 | 08/08/2014 07:49:38 PM |
| 183. | CREDIT ONE BANK | 3602529325 | 08/09/2014 12:58:52 PM |
| 184. | CREDIT ONE BANK | 3602529325 | 08/09/2014 02:31:42 PM |
| 185. | CREDIT ONE BANK | 3602529325 | 08/09/2014 03:58:51 PM |
| 186. | CREDIT ONE BANK | 3602529325 | 08/09/2014 05:25:50 PM |
| 187. | CREDIT ONE BANK | 3602529325 | 08/09/2014 07:39:17 PM |
| 188. | CREDIT ONE BANK | 2089060563 | 08/11/2014 07:55:54 AM |
| 189. | CREDIT ONE BANK | 4085316347 | 08/11/2014 09:16:27 AM |
| 190. | CREDIT ONE BANK | 2089060563 | 08/11/2014 10:31:27 AM |
| 191. | CREDIT ONE BANK | 2089060563 | 08/11/2014 01:56:22 PM |
| 192. | CREDIT ONE BANK | 2089060563 | 08/11/2014 04:20:56 PM |
| 193. | CREDIT ONE BANK | 2089060563 | 08/11/2014 05:23:15 PM |
| 194. | CREDIT ONE BANK | 2108923338 | 08/12/2014 08:02:51 AM |
| 195. | CREDIT ONE BANK | 2108923338 | 08/12/2014 10:05:58 AM |
| 196. | CREDIT ONE BANK | 4157040812 | 08/12/2014 01:09:04 PM |
| 197. | CREDIT ONE BANK | 4157040812 | 08/12/2014 02:35:07 PM |
| 198. | CREDIT ONE BANK | 4157040812 | 08/12/2014 05:58:41 PM |
| 199. | CREDIT ONE BANK | 4157040812 | 08/12/2014 07:32:37 PM |
| 200. | CREDIT ONE BANK | 2533308274 | 08/13/2014 07:42:17 AM |
| 201. | CREDIT ONE BANK | 2533308274 | 08/13/2014 11:33:03 AM |

| | | | |
|---|---|---|---|
| 202. | CREDIT ONE BANK | 5033341616 | 08/13/2014 04:47:09 PM |
| 203. | CREDIT ONE BANK | 5033341616 | 08/13/2014 05:47:07 PM |
| 204. | CREDIT ONE BANK | 5033341616 | 08/13/2014 07:54:48 PM |
| 205. | CREDIT ONE BANK | 3614005699 | 08/14/2014 09:16:55 AM |
| 206. | CREDIT ONE BANK | 2533308274 | 08/14/2014 11:03:37 AM |
| 207. | CREDIT ONE BANK | 2533308274 | 08/14/2014 12:27:04 PM |
| 208. | CREDIT ONE BANK | 3614005699 | 08/15/2014 07:29:11 AM |
| 209. | CREDIT ONE BANK | 3614005699 | 08/15/2014 09:48:41 AM |
| 210. | CREDIT ONE BANK | 3614005699 | 08/15/2014 12:40:00 PM |
| 211. | CREDIT ONE BANK | 3614005699 | 08/15/2014 03:33:01 PM |
| 212. | CREDIT ONE BANK | 3614005699 | 08/15/2014 06:31:59 PM |
| 213. | CREDIT ONE BANK | 3614005699 | 08/16/2014 07:29:44 AM |
| 214. | CREDIT ONE BANK | 3614005699 | 08/16/2014 09:48:37 AM |
| 215. | CREDIT ONE BANK | 2089060563 | 08/16/2014 12:20:21 PM |
| 216. | CREDIT ONE BANK | 2089060563 | 08/16/2014 02:56:28 PM |
| 217. | CREDIT ONE BANK | 2089060563 | 08/16/2014 04:59:09 PM |
| 218. | CREDIT ONE BANK | 4157040812 | 08/17/2014 10:34:28 AM |
| 219. | CREDIT ONE BANK | 4157040812 | 08/17/2014 01:09:00 PM |
| 220. | CREDIT ONE BANK | 4157040812 | 08/17/2014 04:52:42 PM |
| 221. | CREDIT ONE BANK | 5033341616 | 08/18/2014 07:46:48 AM |
| 222. | CREDIT ONE BANK | 5033341616 | 08/18/2014 09:26:20 AM |
| 223. | CREDIT ONE BANK | 5033341616 | 08/18/2014 10:55:02 AM |
| 224. | CREDIT ONE BANK | 5033341616 | 08/18/2014 02:56:37 PM |
| 225. | CREDIT ONE BANK | 5033341616 | 08/18/2014 04:21:35 PM |
| 226. | CREDIT ONE BANK | 5033341616 | 08/18/2014 06:27:25 PM |
| 227. | CREDIT ONE BANK | 3602529325 | 08/19/2014 06:19:36 PM |
| 228. | CREDIT ONE BANK | 3602529325 | 08/19/2014 07:35:43 PM |
| 229. | CREDIT ONE BANK | 3602529325 | 08/20/2014 07:33:35 AM |
| 230. | CREDIT ONE BANK | 3602529325 | 08/20/2014 08:38:22 AM |
| 231. | CREDIT ONE BANK | 2089060563 | 08/21/2014 09:33:40 AM |
| 232. | CREDIT ONE BANK | 2089060563 | 08/21/2014 10:34:09 AM |
| 233. | CREDIT ONE BANK | 2089060563 | 08/21/2014 12:23:40 PM |
| 234. | CREDIT ONE BANK | 2089060563 | 08/21/2014 03:41:51 PM |
| 235. | CREDIT ONE BANK | 4085316347 | 08/21/2014 04:41:18 PM |
| 236. | CREDIT ONE BANK | 4085316347 | 08/21/2014 07:43:21 PM |
| 237. | CREDIT ONE BANK | 2108923338 | 08/22/2014 07:37:42 AM |
| 238. | CREDIT ONE BANK | 2108923338 | 08/22/2014 09:19:48 AM |
| 239. | CREDIT ONE BANK | 2533308274 | 08/23/2014 07:23:24 AM |
| 240. | CREDIT ONE BANK | 2533308274 | 08/23/2014 08:52:34 AM |
| 241. | CREDIT ONE BANK | 2533308274 | 08/23/2014 10:47:04 AM |
| 242. | CREDIT ONE BANK | 5033341616 | 08/23/2014 01:04:03 PM |
| 243. | CREDIT ONE BANK | 3602529325 | 08/24/2014 10:39:33 AM |
| 244. | CREDIT ONE BANK | 3602529325 | 08/24/2014 02:49:05 PM |
| 245. | CREDIT ONE BANK | 8664734868 | 08/27/2014 02:58:25 PM |
| 246. | CREDIT ONE BANK | 8664734868 | 08/27/2014 03:17:17 PM |
| 247. | CREDIT ONE BANK | 8664734868 | 08/27/2014 04:44:19 PM |

| | | | |
|---|---|---|---|
| 248. | CREDIT ONE BANK | 8664734868 | 08/28/2014 12:00:28 PM |
| 249. | CREDIT ONE BANK | 8664734868 | 08/28/2014 01:04:12 PM |
| 250. | CREDIT ONE BANK | 8664734868 | 08/28/2014 02:02:39 PM |
| 251. | CREDIT ONE BANK | 8664734868 | 08/28/2014 02:49:27 PM |
| 252. | CREDIT ONE BANK | 8664734868 | 08/28/2014 03:47:46 PM |
| 253. | CREDIT ONE BANK | 8552135764 | 11/25/2014 09:52:24 AM |
| 254. | CREDIT ONE BANK | 8663722508 | 11/25/2014 11:54:05 AM |
| 255. | CREDIT ONE BANK | 8552135764 | 11/25/2014 01:16:18 PM |
| 256. | CREDIT ONE BANK | 8552135764 | 11/25/2014 02:57:34 PM |
| 257. | CREDIT ONE BANK | 8552135764 | 11/25/2014 04:24:09 PM |
| 258. | CREDIT ONE BANK | 8663722508 | 11/25/2014 07:42:39 PM |
| 259. | CREDIT ONE BANK | 8552135764 | 11/26/2014 10:13:14 AM |
| 260. | CREDIT ONE BANK | 8663722508 | 11/26/2014 01:20:07 PM |
| 261. | CREDIT ONE BANK | 8663722508 | 11/26/2014 04:22:34 PM |
| 262. | CREDIT ONE BANK | 8663722508 | 11/26/2014 06:14:57 PM |
| 263. | CREDIT ONE BANK | 8552135764 | 11/28/2014 10:42:30 AM |
| 264. | CREDIT ONE BANK | 8552135764 | 11/29/2014 12:39:13 PM |
| 265. | CREDIT ONE BANK | 8552135764 | 12/01/2014 01:25:31 PM |
| 266. | CREDIT ONE BANK | 8552135764 | 12/01/2014 04:50:44 PM |
| 267. | CREDIT ONE BANK | 8552135764 | 12/02/2014 09:49:27 AM |
| 268. | CREDIT ONE BANK | 8663722508 | 12/02/2014 11:50:12 AM |
| 269. | CREDIT ONE BANK | 8552135764 | 12/02/2014 01:38:12 PM |
| 270. | CREDIT ONE BANK | 8552135764 | 12/02/2014 03:27:36 PM |
| 271. | CREDIT ONE BANK | 8663722508 | 12/02/2014 08:10:34 PM |
| 272. | CREDIT ONE BANK | 8663722508 | 12/03/2014 09:54:05 AM |
| 273. | CREDIT ONE BANK | 8663722508 | 12/03/2014 11:50:21 AM |
| 274. | CREDIT ONE BANK | 8663722508 | 12/03/2014 01:38:10 PM |
| 275. | CREDIT ONE BANK | 8552135764 | 12/03/2014 03:10:41 PM |
| 276. | CREDIT ONE BANK | 8552135764 | 12/03/2014 05:03:46 PM |
| 277. | CREDIT ONE BANK | 8552135764 | 12/03/2014 07:17:15 PM |
| 278. | CREDIT ONE BANK | 8552135764 | 12/04/2014 09:33:44 AM |
| 279. | CREDIT ONE BANK | 8663722508 | 12/04/2014 10:55:32 AM |
| 280. | CREDIT ONE BANK | 8663722508 | 12/04/2014 11:45:55 AM |
| 281. | CREDIT ONE BANK | 8552135764 | 12/04/2014 01:04:46 PM |
| 282. | CREDIT ONE BANK | 8552135764 | 12/04/2014 02:20:31 PM |
| 283. | CREDIT ONE BANK | 8552135764 | 12/04/2014 03:10:21 PM |
| 284. | CREDIT ONE BANK | 8552135764 | 12/04/2014 04:46:19 PM |
| 285. | CREDIT ONE BANK | 8552135764 | 12/04/2014 06:39:47 PM |
| 286. | CREDIT ONE BANK | 8552135764 | 12/04/2014 07:50:28 PM |
| 287. | CREDIT ONE BANK | 8552135764 | 12/05/2014 09:57:19 AM |
| 288. | CREDIT ONE BANK | 8552135764 | 12/05/2014 10:56:47 AM |
| 289. | CREDIT ONE BANK | 8552135764 | 12/05/2014 11:31:28 AM |
| 290. | CREDIT ONE BANK | 8552135764 | 12/05/2014 12:14:43 PM |
| 291. | CREDIT ONE BANK | 8552135764 | 12/05/2014 01:51:59 PM |
| 292. | CREDIT ONE BANK | 8552135764 | 12/05/2014 02:37:42 PM |
| 293. | CREDIT ONE BANK | 8663722508 | 12/05/2014 03:17:12 PM |

| | | | |
|---|---|---|---|
| 294. | CREDIT ONE BANK | 8552135764 | 12/06/2014 09:41:37 AM |
| 295. | CREDIT ONE BANK | 8552135764 | 12/06/2014 10:57:47 AM |
| 296. | CREDIT ONE BANK | 8552135764 | 12/06/2014 12:06:49 PM |
| 297. | CREDIT ONE BANK | 8663722508 | 12/08/2014 09:41:40 AM |
| 298. | CREDIT ONE BANK | 8663722508 | 12/08/2014 11:49:53 AM |
| 299. | CREDIT ONE BANK | 8552135764 | 12/08/2014 01:22:06 PM |
| 300. | CREDIT ONE BANK | 8552135764 | 12/08/2014 02:39:56 PM |
| 301. | CREDIT ONE BANK | 8552135764 | 12/08/2014 03:35:29 PM |
| 302. | CREDIT ONE BANK | 8552135764 | 12/08/2014 05:25:13 PM |
| 303. | CREDIT ONE BANK | 8663722508 | 12/08/2014 06:39:57 PM |
| 304. | CREDIT ONE BANK | 8552135764 | 12/08/2014 07:42:13 PM |
| 305. | CREDIT ONE BANK | 8552135764 | 12/09/2014 09:57:34 AM |
| 306. | CREDIT ONE BANK | 8552135764 | 12/09/2014 02:40:44 PM |
| 307. | CREDIT ONE BANK | 8552135764 | 12/09/2014 05:50:24 PM |
| 308. | CREDIT ONE BANK | 8552135764 | 12/10/2014 03:46:08 PM |
| 309. | CREDIT ONE BANK | 8552135764 | 12/10/2014 05:15:39 PM |
| 310. | CREDIT ONE BANK | 8552135764 | 12/11/2014 09:43:40 AM |
| 311. | CREDIT ONE BANK | 8552135764 | 12/12/2014 09:37:53 AM |
| 312. | CREDIT ONE BANK | 8552135764 | 12/12/2014 10:53:46 AM |
| 313. | CREDIT ONE BANK | 8552135764 | 12/12/2014 01:33:29 PM |
| 314. | CREDIT ONE BANK | 8663722508 | 12/12/2014 03:56:07 PM |
| 315. | CREDIT ONE BANK | 8552135764 | 12/13/2014 11:27:40 AM |
| 316. | CREDIT ONE BANK | 8552135764 | 12/13/2014 01:39:55 PM |
| 317. | CREDIT ONE BANK | 8552135764 | 12/13/2014 03:16:28 PM |
| 318. | CREDIT ONE BANK | 8552135764 | 12/15/2014 09:45:50 AM |
| 319. | CREDIT ONE BANK | 8552135764 | 12/15/2014 03:34:43 PM |
| 320. | CREDIT ONE BANK | 8552135764 | 12/15/2014 05:59:17 PM |
| 321. | CREDIT ONE BANK | 8552135764 | 12/16/2014 12:20:11 PM |
| 322. | CREDIT ONE BANK | 8552135764 | 12/16/2014 03:16:01 PM |
| 323. | CREDIT ONE BANK | 8663722508 | 12/17/2014 09:37:12 AM |
| 324. | CREDIT ONE BANK | 8552135764 | 12/17/2014 10:54:34 AM |
| 325. | CREDIT ONE BANK | 8552135764 | 12/17/2014 06:00:11 PM |
| 326. | CREDIT ONE BANK | 8552135764 | 12/18/2014 11:39:15 AM |
| 327. | CREDIT ONE BANK | 8552135764 | 12/18/2014 02:50:34 PM |
| 328. | CREDIT ONE BANK | 8663722508 | 12/18/2014 04:20:42 PM |
| 329. | CREDIT ONE BANK | 8552135764 | 12/19/2014 10:17:34 AM |
| 330. | CREDIT ONE BANK | 8552135764 | 12/19/2014 11:10:21 AM |
| 331. | CREDIT ONE BANK | 8663722508 | 12/19/2014 03:11:23 PM |
| 332. | CREDIT ONE BANK | 8552135764 | 12/22/2014 10:51:20 AM |
| 333. | CREDIT ONE BANK | 8552135764 | 12/22/2014 04:56:52 PM |
| 334. | CREDIT ONE BANK | 8552135764 | 12/23/2014 04:24:10 PM |
| 335. | CREDIT ONE BANK | 8552135764 | 12/24/2014 09:48:19 AM |
| 336. | CREDIT ONE BANK | 8552135764 | 12/24/2014 11:03:20 AM |
| 337. | CREDIT ONE BANK | 8552135764 | 12/24/2014 12:12:53 PM |
| 338. | CREDIT ONE BANK | 8552135764 | 12/24/2014 01:58:22 PM |
| 339. | CREDIT ONE BANK | 8552135764 | 12/24/2014 02:44:56 PM |

| 340. | CREDIT ONE BANK | 8552135764 | 12/24/2014 03:35:08 PM |
|---|---|---|---|
| 341. | CREDIT ONE BANK | 8664734868 | 02/25/2015 08:05:14 AM |
| 342. | CREDIT ONE BANK | 8664734868 | 02/25/2015 08:57:32 AM |
| 343. | CREDIT ONE BANK | 8664734868 | 02/25/2015 10:00:35 AM |
| 344. | CREDIT ONE BANK | 8664734868 | 02/25/2015 11:26:48 AM |
| 345. | CREDIT ONE BANK | 8664734868 | 02/25/2015 01:03:43 PM |
| 346. | CREDIT ONE BANK | 8664734868 | 02/25/2015 02:24:10 PM |
| 347. | CREDIT ONE BANK | 8664734868 | 02/25/2015 04:28:23 PM |
| 348. | CREDIT ONE BANK | 8664734868 | 02/25/2015 05:17:30 PM |
| 349. | CREDIT ONE BANK | 8664734868 | 02/25/2015 06:10:03 PM |
| 350. | CREDIT ONE BANK | 6785282858 | 02/28/2015 10:59:39 AM |
| 351. | CREDIT ONE BANK | 6785282858 | 02/28/2015 12:30:51 PM |
| 352. | CREDIT ONE BANK | 6785282858 | 02/28/2015 01:49:11 PM |
| 353. | CREDIT ONE BANK | 6785282858 | 02/28/2015 02:54:51 PM |
| 354. | CREDIT ONE BANK | 6785282858 | 02/28/2015 03:48:04 PM |
| 355. | CREDIT ONE BANK | 6785282858 | 02/28/2015 07:45:26 PM |
| 356. | CREDIT ONE BANK | 6785282858 | 03/01/2015 10:42:02 AM |
| 357. | CREDIT ONE BANK | 6785282858 | 03/01/2015 02:01:02 PM |
| 358. | CREDIT ONE BANK | 6785282858 | 03/01/2015 03:33:42 PM |
| 359. | CREDIT ONE BANK | 6785282858 | 03/01/2015 04:52:55 PM |
| 360. | CREDIT ONE BANK | 8664734868 | 03/04/2015 08:42:51 AM |
| 361. | CREDIT ONE BANK | 8664734868 | 03/04/2015 09:48:12 AM |
| 362. | CREDIT ONE BANK | 8664734868 | 03/04/2015 11:19:55 AM |
| 363. | CREDIT ONE BANK | 8664734868 | 03/04/2015 12:54:53 PM |
| 364. | CREDIT ONE BANK | 8664734868 | 03/04/2015 02:19:46 PM |
| 365. | CREDIT ONE BANK | 8664734868 | 03/04/2015 03:28:19 PM |
| 366. | CREDIT ONE BANK | 8664734868 | 03/04/2015 04:25:13 PM |
| 367. | CREDIT ONE BANK | 8664734868 | 03/04/2015 05:20:10 PM |
| 368. | CREDIT ONE BANK | 8664734868 | 03/04/2015 06:59:40 PM |
| 369. | CREDIT ONE BANK | 8664734868 | 03/04/2015 08:42:56 PM |
| 370. | CREDIT ONE BANK | 6785282858 | 03/07/2015 11:05:25 AM |
| 371. | CREDIT ONE BANK | 6785282858 | 03/07/2015 12:20:47 PM |
| 372. | CREDIT ONE BANK | 6785282858 | 03/07/2015 01:53:20 PM |
| 373. | CREDIT ONE BANK | 6785282858 | 03/07/2015 03:20:07 PM |
| 374. | CREDIT ONE BANK | 6785282858 | 03/07/2015 04:31:22 PM |
| 375. | CREDIT ONE BANK | 6785282858 | 03/07/2015 05:28:30 PM |
| 376. | CREDIT ONE BANK | 6785282858 | 03/07/2015 06:11:36 PM |
| 377. | CREDIT ONE BANK | 6785282858 | 03/07/2015 07:16:38 PM |
| 378. | CREDIT ONE BANK | 6785282858 | 03/07/2015 08:48:57 PM |
| 379. | CREDIT ONE BANK | 6785282858 | 03/08/2015 11:05:03 AM |
| 380. | CREDIT ONE BANK | 6785282858 | 03/08/2015 11:57:43 AM |
| 381. | CREDIT ONE BANK | 6785282858 | 03/08/2015 12:51:18 PM |
| 382. | CREDIT ONE BANK | 6785282858 | 03/08/2015 01:39:49 PM |
| 383. | CREDIT ONE BANK | 6785282858 | 03/08/2015 02:28:01 PM |
| 384. | CREDIT ONE BANK | 6785282858 | 03/08/2015 03:12:50 PM |
| 385. | CREDIT ONE BANK | 6785282858 | 03/08/2015 03:55:21 PM |

| | | | |
|---|---|---|---|
| 386. | CREDIT ONE BANK | 6785282858 | 03/08/2015 04:40:07 PM |
| 387. | CREDIT ONE BANK | 8664734868 | 03/11/2015 08:43:46 AM |
| 388. | CREDIT ONE BANK | 8664734868 | 03/11/2015 09:49:45 AM |
| 389. | CREDIT ONE BANK | 8664734868 | 03/11/2015 10:59:51 AM |
| 390. | CREDIT ONE BANK | 8664734868 | 03/11/2015 12:29:43 PM |
| 391. | CREDIT ONE BANK | 8664734868 | 03/11/2015 02:10:09 PM |
| 392. | CREDIT ONE BANK | 8664734868 | 03/11/2015 03:36:25 PM |
| 393. | CREDIT ONE BANK | 8664734868 | 03/11/2015 05:28:40 PM |
| 394. | CREDIT ONE BANK | 8664734868 | 03/11/2015 06:24:05 PM |
| 395. | CREDIT ONE BANK | 8664734868 | 03/11/2015 08:18:00 PM |
| 396. | CREDIT ONE BANK | 8664734868 | 03/18/2015 08:46:28 AM |
| 397. | CREDIT ONE BANK | 8664734868 | 03/18/2015 09:39:43 AM |
| 398. | CREDIT ONE BANK | 8664734868 | 03/18/2015 10:47:41 AM |
| 399. | CREDIT ONE BANK | 8664734868 | 03/18/2015 11:53:42 AM |
| 400. | CREDIT ONE BANK | 8664734868 | 03/18/2015 01:19:04 PM |
| 401. | CREDIT ONE BANK | 8664734868 | 03/18/2015 02:28:19 PM |
| 402. | CREDIT ONE BANK | 8664734868 | 03/18/2015 03:49:52 PM |
| 403. | CREDIT ONE BANK | 8664734868 | 03/18/2015 04:53:23 PM |
| 404. | CREDIT ONE BANK | 8664734868 | 03/18/2015 06:19:57 PM |
| 405. | CREDIT ONE BANK | 8664734868 | 03/18/2015 08:28:00 PM |
| 406. | CREDIT ONE BANK | 6785282858 | 03/21/2015 08:45:35 AM |
| 407. | CREDIT ONE BANK | 6785282858 | 03/21/2015 09:46:48 AM |
| 408. | CREDIT ONE BANK | 6785282858 | 03/21/2015 10:46:52 AM |
| 409. | CREDIT ONE BANK | 6785282858 | 03/21/2015 11:50:07 AM |
| 410. | CREDIT ONE BANK | 6785282858 | 03/21/2015 01:04:39 PM |
| 411. | CREDIT ONE BANK | 6785282858 | 03/21/2015 03:01:50 PM |
| 412. | CREDIT ONE BANK | 6785282858 | 03/21/2015 03:53:22 PM |
| 413. | CREDIT ONE BANK | 6785282858 | 03/21/2015 06:10:31 PM |
| 414. | CREDIT ONE BANK | 6785282858 | 03/21/2015 08:44:00 PM |
| 415. | CREDIT ONE BANK | 6785282858 | 03/22/2015 08:47:26 AM |
| 416. | CREDIT ONE BANK | 6785282858 | 03/22/2015 09:42:05 AM |
| 417. | CREDIT ONE BANK | 6785282858 | 03/22/2015 10:47:33 AM |
| 418. | CREDIT ONE BANK | 6785282858 | 03/22/2015 12:45:36 PM |
| 419. | CREDIT ONE BANK | 6785282858 | 03/22/2015 02:25:18 PM |
| 420. | CREDIT ONE BANK | 6785282858 | 03/22/2015 03:08:14 PM |
| 421. | CREDIT ONE BANK | 6785282858 | 03/22/2015 03:46:58 PM |
| 422. | CREDIT ONE BANK | 6785282858 | 03/22/2015 04:30:24 PM |
| 423. | CREDIT ONE BANK | 8664734868 | 03/25/2015 10:31:07 AM |
| 424. | CREDIT ONE BANK | 8664734868 | 03/25/2015 11:22:22 AM |
| 425. | CREDIT ONE BANK | 8664734868 | 03/25/2015 12:30:47 PM |
| 426. | CREDIT ONE BANK | 8664734868 | 03/25/2015 01:42:46 PM |
| 427. | CREDIT ONE BANK | 8664734868 | 03/25/2015 02:47:20 PM |
| 428. | CREDIT ONE BANK | 8664734868 | 03/25/2015 03:37:46 PM |
| 429. | CREDIT ONE BANK | 8664734868 | 03/25/2015 04:34:56 PM |
| 430. | CREDIT ONE BANK | 8664734868 | 03/25/2015 05:57:28 PM |
| 431. | CREDIT ONE BANK | 7328672871 | 03/27/2015 09:37:33 AM |

| | | | |
|---|---|---|---|
| 432. | CREDIT ONE BANK | 7328672871 | 03/27/2015 10:36:20 AM |
| 433. | CREDIT ONE BANK | 7328672871 | 03/27/2015 12:37:46 PM |
| 434. | CREDIT ONE BANK | 7328672871 | 03/27/2015 02:51:44 PM |
| 435. | CREDIT ONE BANK | 7328672871 | 03/27/2015 03:43:41 PM |
| 436. | CREDIT ONE BANK | 7328672871 | 03/27/2015 05:04:28 PM |
| 437. | CREDIT ONE BANK | 7328672871 | 03/27/2015 06:51:28 PM |
| 438. | CREDIT ONE BANK | 6785282858 | 03/28/2015 08:40:51 AM |
| 439. | CREDIT ONE BANK | 6785282858 | 03/28/2015 10:25:14 AM |
| 440. | CREDIT ONE BANK | 6785282858 | 03/28/2015 11:19:30 AM |
| 441. | CREDIT ONE BANK | 6785282858 | 03/28/2015 01:39:26 PM |
| 442. | CREDIT ONE BANK | 6785282858 | 03/28/2015 02:42:38 PM |
| 443. | CREDIT ONE BANK | 6785282858 | 03/28/2015 03:33:14 PM |
| 444. | CREDIT ONE BANK | 6785282858 | 03/28/2015 06:20:51 PM |
| 445. | CREDIT ONE BANK | 6785282858 | 03/29/2015 08:38:49 AM |
| 446. | CREDIT ONE BANK | 6785282858 | 03/29/2015 01:44:52 PM |
| 447. | CREDIT ONE BANK | 6785282858 | 03/29/2015 02:18:07 PM |
| 448. | CREDIT ONE BANK | 6785282858 | 03/29/2015 02:54:17 PM |
| 449. | CREDIT ONE BANK | 6785282858 | 03/29/2015 03:27:28 PM |
| 450. | CREDIT ONE BANK | 6785282858 | 03/29/2015 04:02:13 PM |
| 451. | CREDIT ONE BANK | 6785282858 | 03/29/2015 04:37:10 PM |
| 452. | CREDIT ONE BANK | 6785282858 | 03/29/2015 05:11:28 PM |
| 453. | CREDIT ONE BANK | 6785282858 | 03/29/2015 05:47:14 PM |
| 454. | CREDIT ONE BANK | 6785282858 | 03/29/2015 06:21:03 PM |
| 455. | CREDIT ONE BANK | 4702252571 | 03/31/2015 10:16:46 AM |
| 456. | CREDIT ONE BANK | 4702252571 | 03/31/2015 11:06:17 AM |
| 457. | CREDIT ONE BANK | 4702252571 | 03/31/2015 11:50:59 AM |
| 458. | CREDIT ONE BANK | 4702252571 | 03/31/2015 12:55:08 PM |
| 459. | CREDIT ONE BANK | 4702252571 | 03/31/2015 01:44:45 PM |
| 460. | CREDIT ONE BANK | 4702252571 | 03/31/2015 02:41:50 PM |
| 461. | CREDIT ONE BANK | 4702252571 | 03/31/2015 04:47:35 PM |
| 462. | CREDIT ONE BANK | 8664734868 | 04/01/2015 08:41:38 AM |
| 463. | CREDIT ONE BANK | 8664734868 | 04/01/2015 10:20:13 AM |
| 464. | CREDIT ONE BANK | 8664734868 | 04/01/2015 11:11:34 AM |
| 465. | CREDIT ONE BANK | 8664734868 | 04/01/2015 12:05:24 PM |
| 466. | CREDIT ONE BANK | 8664734868 | 04/01/2015 12:59:59 PM |
| 467. | CREDIT ONE BANK | 8664734868 | 04/01/2015 01:50:49 PM |
| 468. | CREDIT ONE BANK | 8664734868 | 04/01/2015 02:45:55 PM |
| 469. | CREDIT ONE BANK | 8664734868 | 04/01/2015 03:36:21 PM |
| 470. | CREDIT ONE BANK | 8664734868 | 04/01/2015 04:41:44 PM |
| 471. | CREDIT ONE BANK | 4042392814 | 04/02/2015 03:57:35 PM |
| 472. | CREDIT ONE BANK | 4042392814 | 04/02/2015 05:19:13 PM |
| 473. | CREDIT ONE BANK | 7328672871 | 04/03/2015 08:43:53 AM |
| 474. | CREDIT ONE BANK | 7328672871 | 04/03/2015 09:29:11 AM |
| 475. | CREDIT ONE BANK | 7328672871 | 04/03/2015 10:21:53 AM |
| 476. | CREDIT ONE BANK | 7328672871 | 04/03/2015 11:13:42 AM |
| 477. | CREDIT ONE BANK | 7328672871 | 04/03/2015 12:00:32 PM |

| | | | |
|---|---|---|---|
| 478. | CREDIT ONE BANK | 7328672871 | 04/03/2015 02:56:43 PM |
| 479. | CREDIT ONE BANK | 7328672871 | 04/03/2015 04:54:43 PM |
| 480. | CREDIT ONE BANK | 6785282858 | 04/04/2015 08:51:44 AM |
| 481. | CREDIT ONE BANK | 6785282858 | 04/04/2015 10:01:45 AM |
| 482. | CREDIT ONE BANK | 6785282858 | 04/04/2015 11:46:12 AM |
| 483. | CREDIT ONE BANK | 6785282858 | 04/04/2015 12:56:33 PM |
| 484. | CREDIT ONE BANK | 6785282858 | 04/04/2015 01:55:24 PM |
| 485. | CREDIT ONE BANK | 6785282858 | 04/04/2015 02:51:07 PM |
| 486. | CREDIT ONE BANK | 6785282858 | 04/04/2015 03:54:38 PM |
| 487. | CREDIT ONE BANK | 6785282858 | 04/04/2015 05:27:07 PM |
| 488. | CREDIT ONE BANK | 6785282858 | 04/04/2015 07:15:16 PM |
| 489. | CREDIT ONE BANK | 6785282858 | 04/06/2015 08:34:32 AM |
| 490. | CREDIT ONE BANK | 6785282858 | 04/06/2015 11:01:09 AM |
| 491. | CREDIT ONE BANK | 6785282858 | 04/06/2015 11:59:21 AM |
| 492. | CREDIT ONE BANK | 6785282858 | 04/06/2015 02:13:11 PM |
| 493. | CREDIT ONE BANK | 6785282858 | 04/06/2015 05:59:10 PM |
| 494. | CREDIT ONE BANK | 6785282858 | 04/06/2015 07:48:14 PM |
| 495. | CREDIT ONE BANK | 4702252571 | 04/07/2015 08:49:14 AM |
| 496. | CREDIT ONE BANK | 4702252571 | 04/07/2015 09:54:33 AM |
| 497. | CREDIT ONE BANK | 4702252571 | 04/07/2015 10:51:09 AM |
| 498. | CREDIT ONE BANK | 4702252571 | 04/07/2015 12:59:36 PM |
| 499. | CREDIT ONE BANK | 4702252571 | 04/07/2015 02:04:40 PM |
| 500. | CREDIT ONE BANK | 4702252571 | 04/07/2015 03:01:42 PM |
| 501. | CREDIT ONE BANK | 4702252571 | 04/07/2015 04:06:02 PM |
| 502. | CREDIT ONE BANK | 4702252571 | 04/07/2015 05:48:59 PM |
| 503. | CREDIT ONE BANK | 4702252571 | 04/07/2015 07:29:12 PM |
| 504. | CREDIT ONE BANK | 8664734868 | 04/08/2015 10:17:54 AM |
| 505. | CREDIT ONE BANK | 3234004220 | 04/27/2015 07:26:54 PM |
| 506. | CREDIT ONE BANK | 4152753800 | 05/01/2015 05:08:25 PM |
| 507. | CREDIT ONE BANK | 4152753800 | 05/01/2015 06:06:10 PM |
| 508. | CREDIT ONE BANK | 4152753800 | 05/01/2015 07:09:28 PM |
| 509. | CREDIT ONE BANK | 4152753800 | 05/01/2015 08:13:34 PM |
| 510. | CREDIT ONE BANK | 8552135764 | 05/02/2015 03:19:38 AM |
| 511. | CREDIT ONE BANK | 8663722508 | 05/02/2015 03:19:49 AM |
| 512. | CREDIT ONE BANK | 3103610035 | 05/02/2015 03:20:01 AM |
| 513. | CREDIT ONE BANK | 3233952512 | 05/02/2015 03:20:07 AM |
| 514. | CREDIT ONE BANK | 2144464407 | 05/02/2015 03:20:24 AM |
| 515. | CREDIT ONE BANK | 4805880345 | 05/02/2015 03:20:31 AM |
| 516. | CREDIT ONE BANK | 7022242091 | 05/02/2015 03:20:43 AM |
| 517. | CREDIT ONE BANK | 2062092296 | 05/02/2015 03:20:56 AM |
| 518. | CREDIT ONE BANK | 3614005699 | 05/02/2015 03:21:08 AM |
| 519. | CREDIT ONE BANK | 2089060563 | 05/02/2015 03:21:15 AM |
| 520. | CREDIT ONE BANK | 4157040812 | 05/02/2015 03:21:21 AM |
| 521. | CREDIT ONE BANK | 4085316347 | 05/02/2015 03:21:28 AM |
| 522. | CREDIT ONE BANK | 2533308274 | 05/02/2015 03:21:34 AM |
| 523. | CREDIT ONE BANK | 3602529325 | 05/02/2015 03:21:41 AM |

| | | | |
|---|---|---|---|
| 524. | CREDIT ONE BANK | 5033341616 | 05/02/2015 03:21:46 AM |
| 525. | CREDIT ONE BANK | 2108923338 | 05/02/2015 03:21:53 AM |
| 526. | CREDIT ONE BANK | 6785282858 | 05/02/2015 03:22:05 AM |
| 527. | CREDIT ONE BANK | 7328672871 | 05/02/2015 03:22:16 AM |
| 528. | CREDIT ONE BANK | 4702252571 | 05/02/2015 03:22:22 AM |
| 529. | CREDIT ONE BANK | 4042392814 | 05/02/2015 03:22:28 AM |
| 530. | CREDIT ONE BANK | 3234004220 | 05/02/2015 03:22:40 AM |
| 531. | CREDIT ONE BANK | 4083380570 | 05/02/2015 03:22:46 AM |
| 532. | CREDIT ONE BANK | 3609287144 | 05/02/2015 03:22:52 AM |
| 533. | CREDIT ONE BANK | 4152753800 | 05/02/2015 03:22:58 AM |
| 534. | CREDIT ONE BANK | 7205800310 | 05/02/2015 08:50:55 PM |
| 535. | CREDIT ONE BANK | 5033884999 | 05/03/2015 10:25:45 AM |
| 536. | CREDIT ONE BANK | 5033884999 | 05/03/2015 12:05:40 PM |
| 537. | CREDIT ONE BANK | 5033884999 | 05/03/2015 12:19:33 PM |
| 538. | CREDIT ONE BANK | 5033884999 | 05/03/2015 02:21:15 PM |
| 539. | CREDIT ONE BANK | 5033884999 | 05/03/2015 03:30:43 PM |
| 540. | CREDIT ONE BANK | 5033884999 | 05/03/2015 05:28:56 PM |
| 541. | CREDIT ONE BANK | 5033884999 | 05/03/2015 07:26:40 PM |
| 542. | CREDIT ONE BANK | 2107396460 | 05/04/2015 02:27:15 PM |
| 543. | CREDIT ONE BANK | 2107396460 | 05/04/2015 06:54:20 PM |
| 544. | CREDIT ONE BANK | 2107396460 | 05/04/2015 08:05:10 PM |
| 545. | CREDIT ONE BANK | 2148142001 | 05/05/2015 10:08:57 AM |
| 546. | CREDIT ONE BANK | 2148142001 | 05/05/2015 11:20:28 AM |
| 547. | CREDIT ONE BANK | 2148142001 | 05/05/2015 01:41:06 PM |
| 548. | CREDIT ONE BANK | 2148142001 | 05/05/2015 07:01:00 PM |
| 549. | CREDIT ONE BANK | 2532446151 | 05/06/2015 03:08:58 PM |
| 550. | CREDIT ONE BANK | 2532446151 | 05/06/2015 06:46:16 PM |
| 551. | CREDIT ONE BANK | 2532446151 | 05/06/2015 07:51:14 PM |
| 552. | CREDIT ONE BANK | 7205800310 | 05/07/2015 08:59:40 AM |
| 553. | CREDIT ONE BANK | 3609287144 | 05/07/2015 01:23:23 PM |
| 554. | CREDIT ONE BANK | 3609287144 | 05/07/2015 05:38:21 PM |
| 555. | CREDIT ONE BANK | 3609287144 | 05/07/2015 06:56:30 PM |
| 556. | CREDIT ONE BANK | 4083380570 | 05/08/2015 12:49:41 PM |
| 557. | CREDIT ONE BANK | 2089080901 | 05/08/2015 06:29:59 PM |
| 558. | CREDIT ONE BANK | 2089080901 | 05/08/2015 07:50:39 PM |
| 559. | CREDIT ONE BANK | 2089080901 | 05/08/2015 08:57:45 PM |
| 560. | CREDIT ONE BANK | 3234004220 | 05/09/2015 08:47:49 AM |
| 561. | CREDIT ONE BANK | 3234004220 | 05/09/2015 09:58:03 AM |
| 562. | CREDIT ONE BANK | 3234004220 | 05/09/2015 10:58:47 AM |
| 563. | CREDIT ONE BANK | 3234004220 | 05/09/2015 12:49:10 PM |
| 564. | CREDIT ONE BANK | 3234004220 | 05/09/2015 04:03:18 PM |
| 565. | CREDIT ONE BANK | 3234004220 | 05/09/2015 06:53:56 PM |
| 566. | CREDIT ONE BANK | 3234004220 | 05/09/2015 08:20:41 PM |
| 567. | CREDIT ONE BANK | 3609287144 | 05/10/2015 10:05:41 AM |
| 568. | CREDIT ONE BANK | 3609287144 | 05/10/2015 02:38:11 PM |
| 569. | CREDIT ONE BANK | 3609287144 | 05/10/2015 04:01:04 PM |

| 570. | CREDIT ONE BANK | 3609287144 | 05/10/2015 05:33:32 PM |
| 571. | CREDIT ONE BANK | 3612711850 | 05/11/2015 08:22:22 AM |
| 572. | CREDIT ONE BANK | 3612711850 | 05/11/2015 09:32:37 AM |
| 573. | CREDIT ONE BANK | 3612711850 | 05/11/2015 10:34:39 AM |
| 574. | CREDIT ONE BANK | 3612711850 | 05/11/2015 01:05:14 PM |
| 575. | CREDIT ONE BANK | 3612711850 | 05/11/2015 06:45:33 PM |
| 576. | CREDIT ONE BANK | 3612711850 | 05/11/2015 07:42:25 PM |
| 577. | CREDIT ONE BANK | 3612711850 | 05/11/2015 08:50:06 PM |
| 578. | CREDIT ONE BANK | 4083380570 | 05/12/2015 08:26:00 AM |
| 579. | CREDIT ONE BANK | 4083380570 | 05/12/2015 09:35:48 AM |
| 580. | CREDIT ONE BANK | 4083380570 | 05/12/2015 10:38:26 AM |
| 581. | CREDIT ONE BANK | 4083380570 | 05/12/2015 05:52:29 PM |
| 582. | CREDIT ONE BANK | 4083380570 | 05/12/2015 06:59:53 PM |
| 583. | CREDIT ONE BANK | 4083380570 | 05/12/2015 08:49:08 PM |
| 584. | CREDIT ONE BANK | 4152753800 | 05/13/2015 08:27:29 AM |
| 585. | CREDIT ONE BANK | 4152753800 | 05/13/2015 10:29:32 AM |
| 586. | CREDIT ONE BANK | 4152753800 | 05/13/2015 06:33:34 PM |
| 587. | CREDIT ONE BANK | 4152753800 | 05/13/2015 07:55:41 PM |
| 588. | CREDIT ONE BANK | 5033884999 | 05/14/2015 09:43:21 AM |
| 589. | CREDIT ONE BANK | 3105043253 | 05/14/2015 05:59:24 PM |
| 590. | CREDIT ONE BANK | 3105043253 | 05/14/2015 07:00:56 PM |
| 591. | CREDIT ONE BANK | 3105043253 | 05/14/2015 08:50:50 PM |
| 592. | CREDIT ONE BANK | 3609287144 | 05/15/2015 10:49:10 AM |
| 593. | CREDIT ONE BANK | 3234004220 | 05/15/2015 03:34:10 PM |
| 594. | CREDIT ONE BANK | 3234004220 | 05/15/2015 07:17:51 PM |
| 595. | CREDIT ONE BANK | 3234004220 | 05/15/2015 08:36:47 PM |
| 596. | CREDIT ONE BANK | 5202308405 | 05/16/2015 08:21:52 AM |
| 597. | CREDIT ONE BANK | 2148142001 | 05/23/2015 08:31:38 AM |
| 598. | CREDIT ONE BANK | 2148142001 | 05/23/2015 09:45:59 AM |
| 599. | CREDIT ONE BANK | 2148142001 | 05/23/2015 10:48:02 AM |
| 600. | CREDIT ONE BANK | 2148142001 | 05/23/2015 12:49:31 PM |
| 601. | CREDIT ONE BANK | 2148142001 | 05/23/2015 05:57:17 PM |
| 602. | CREDIT ONE BANK | 2148142001 | 05/23/2015 07:36:16 PM |
| 603. | CREDIT ONE BANK | 2532446151 | 05/24/2015 09:42:04 AM |
| 604. | CREDIT ONE BANK | 2532446151 | 05/24/2015 11:25:53 AM |
| 605. | CREDIT ONE BANK | 2532446151 | 05/24/2015 01:03:01 PM |
| 606. | CREDIT ONE BANK | 2532446151 | 05/24/2015 02:38:57 PM |
| 607. | CREDIT ONE BANK | 2532446151 | 05/24/2015 07:44:28 PM |

8.   The Plaintiff might have given Credit One Bank permission to call Plaintiff's cell phone
however such permission if it was ever given was revoked by Plaintiff when Credit One
began calling Plaintiff multiple times per day for collection purposes.

9.      When the Plaintiff realized Defendants calls were not the result of an isolated mistake the Plaintiff instructed the Credit One to cease all calls to the Plaintiff's cell phone and the Defendant despite Plaintiff's instruction continued to call the Plaintiff.

10.     If the Defendant ever had consent or implied consent to the Plaintiff to call the plaintiff such consent was revoked by the Plaintiff when Plaintiff instructed the Defendant to stop calling the Plaintiff.

11.     Those calls that were made after Plaintiff instructed Defendant to stop were willful.

12.      Pursuant to the TCPA the Plaintiff is entitled to recover from the Defendant $500.00 per call for each call and for any call that was not willful.  For such calls that were willful the Plaintiff respectfully requests such per call sum be trebled pursuant to 47 USC 227(b)(3)(C), to $1,500.00 per call.

## COUNT II – VIOLATION OF FCCPA

13.     This is an action for damages more than $75,000.00, exclusive of interest, costs and attorney's fees.

14.     At all times material hereto, Defendant,  Credit One is a National Bank, Credit One Bank, N.A., is held by Credit One Financial a Nevada corporation with head quarters in Las Vegas. Credit One is a U.S. based bank specializing in credit cards.

15.     Credit One is the fastest growing credit card issuer in the U.S. and has over seven million active credit card accounts

16.     The Plaintiff is a resident of Volusia County, Florida.

17.     Plaintiff's financial obligation to pay the debt Credit One called in reference to was consumer debt as defined by F.S. 559.55(1).

18.     The Plaintiff is a "consumer" and "debtor" as defined by 559.55(2)

19.     Credit One is a "Debt Collector" as defined by 559.55(6) or in the alternative is an "Out-of-state debt collector" as defined by 559.55(8)

20.     Florida Statute 559.72 sets forth in pertinent part:

> Prohibited Practices:
> **--In collecting consumer debts, no person shall:**
>
> (7)     Willfully communicate with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.
>
> (18)    Communicate with a debtor if the person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the debtor's attorney fails to respond within a reasonable period of time to a communication from the person, unless the debtor's attorney consents to a direct communication with the debtor, or unless the debtor initiates the communication;

21.     Credit Protection made phone calls to the Plaintiff with such frequency, that such calls violated Florida Statute 559.72(7).

22.     Upon information and belief, Credit Protection called Plaintiff over 600 times between May 5, 2014 and May 24, 2015.

23.     Pursuant to 559.77 Plaintiff is entitled to her actual damages, together with statutory damages of up to $1,000.00 for the violation.

24.     The Plaintiff retained the undersigned counsel to bring this action and in the event Plaintiff is the prevailing party with respect to the FCCPA claim is entitled to Plaintiff's reasonable attorney's fees and costs.

WHEREFORE, the Plaintiff, Jeannine Spinner, demands judgment for damages together with interest, costs and attorney's fees pursuant to Florida Statutes, §§559.77, the FCCPA, and the FDCPA legal assistants' fees pursuant to §57.104 Florida Statutes, and costs pursuant to §92.231, Florida Statutes and §57-041, Florida Statutes, and any and all further relief as this Court deems just and proper, and further demands a trial by jury on all issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Defendant herein through service of process.

SHUSTER & SABEN, LLC

/s/ Richard Shuster
RICHARD SHUSTER, ESQUIRE
Fla. Bar No.: 045713
1413 South Patrick Drive, Suite 7
Satellite Beach, Florida 32937
Telephone:    321-622-5040
Fax Number:   877-335-4747
Primary: richshuster@gmail.com
Secondary: assistant2richardshuster@gmail.com
Attorney for Plaintiff